1  David M. King (Bar No. 95279)
   dking@carr-mcclellan.com
2  Scott E. Atkinson (Bar No. 251996)
   satkinson@carr-mcclellan.com
3  CARR, McCLELLAN, INGERSOLL, THOMPSON & HORN
   Professional Law Corporation
4  216 Park Road
   P.O. Box 513
5  Burlingame, California  94011-0513
   Telephone:     (650) 342-9600
6  Facsimile:      (650) 342-7685

7  Attorneys for Defendant
   City of San Mateo, erroneously sued herein as San Mateo
8  Police Department

9                           UNITED STATES DISTRICT COURT

10                         NORTHERN DISTRICT OF CALIFORNIA

11                                   OAKLAND DIVISION

12

13 | PHILLIP TAYLOR                     | Case No.  4:14-CV-01000-DMR
14 |           Plaintiff,                | **STIPULATED REQUEST FOR FIVE ADDITIONAL PAGES IN SETTLEMENT CONFERENCE STATEMENT;**
15 | v.                                  |
16 | SAN MATEO POLICE DEPARTMENT, et al.,| [~~PROPOSED~~] **ORDER**
17 |           Defendants.               |

Pursuant to Local Rule 7-12, Plaintiff Phillup Taylor and Defendant City of San Mateo, erroneously sued herein as San Mateo Police Department, hereby stipulate that each party be allowed five additional pages in their settlement conference statement for the September 29, 2014 settlement conference beyond the ten-page limit set by Magistrate Judge Kandis A. Westmore's standing order, for a total of fifteen pages.  Additional pages are necessary because Mr. Taylor alleges 10 or more contacts with police, and he brings nine separate causes of action.  It is impossible to adequately address each police contact and each cause of action, in addition to the other mandatory elements required by the standing order, within the standard page limit.

IT IS SO STIPULATED.

Dated: September 18, 2014        CARR, McCLELLAN, INGERSOLL,
                                 THOMPSON & HORN
                                 Professional Law Corporation


                                 By: */s/ Scott E. Atkinson*
                                     David M. King / Scott E. Atkinson
                                     Attorneys for Defendant
                                     City of San Mateo, erroneously sued herein as
                                     San Mateo Police Department

Dated: September 18, 2014        LAW OFFICES OF STANLEY GOFF


                                 By: */s/ Stanley Goff*
                                     Stanley Goff
                                     Attorneys for Plaintiff
                                     Phillup Taylor


**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.


Dated: September 23, 2014        By: _Kandis Westmore_____
                                     UNITED STATES MAGISTRATE JUDGE